Steven Merryday, Chief Judge,

I have filed an indigent affidavit with the court and the corresponding attached papers. I have been sleeping on the ground since May of 2015. I beg for food. I have no transportation, health care, friends or family, and I am victimized regularly. My daughters are essentially kidnapped by their mother and I have not been able to see them in over 3 years, despite exhausting efforts. We all 3 have suffered injuries (DCF records) and are lives are at risk.

**I am respectfully requesting for you to provide me with a PACER exemption and help me save mine and my daughters' lives.**

---

These is a reply that I received when asking about vital information pertaining to the case that I have filed with the Middle District, Tampa :

"In forma pauperis" does not provide the PACER Service Center the authority to exempt your PACER account. If you wish to request a PACER exemption, write to the Chief Judge or Clerk of Court for the jurisdiction for which you wish to obtain free PACER access. If the court grants free access to PACER, they will provide an exemption order to us that waives PACER fees for you.  Please understand an exemption order only provides free access to the jurisdiction that issued the exemption.

Any time a PACER login/password is entered PACER fees apply for any search results.  The current fee for PACER is $0.10 per page.  If usage is under $15 in a quarter, PACER waives the fees.  However if usage is over $15 in a quarter, failure to pay the fees will subject you to having your PACER account deactivated.

Thank you,

Les

PACER Service Center

Phone: 210-301-6440

Toll Free: 800-676-6856

For Frequently Asked Questions: http://www.pacer.gov/psc/hfaq.html

For Account Information: https://www.pacer.gov/psco/cgi-bin/psclogin.pl

---

Thank You,

Joshua C. Bell, pro se

joshuabell@knights.ucf.edu

joshuabell1@mail.usf.edu

FL DL #B400423762560

05/14/2018

*Joe Bell*, Pro se

DOB 7/16/76

Dated 5/14/18

Judicial Assistant

Becky Kline

813-301-5001

Sam Gibbons US Courthouse
Attn: Steven Merryday JA Beck Kline
801 N. Florida Ave
Tampa FL 33602

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

2018 MAY 16 PM 3:29