UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA CARLTON BELL,

    Plaintiff,

v.                                          Case No: 8:18-cv-1072-T-35CPT

FEDERAL BUREAU OF
INVESTIGATION, TIME WARNER
BRIGHTHOUSE SPECTRUM,
BREVARD COUNTY SHERIFF'S
OFFICE, MELBOURNE POLICE
DEPARTMENT, PASCO COUNTY
SHERIFF'S OFFICE, CHARLOTTE
COUNTY SHERIFF'S OFFICE, ORANGE
COUNTY SHERIFF'S OFFICE, FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES, ORANGE COUNTY SCHOOL
DISTRICT, BREVARD COUNTY
SCHOOL DISTRICT, PINELLAS
COUNTY SCHOOL DISTRICT, PASCO
COUNTY SCHOOL DISTRICT,
CHARLOTTE COUNTY SCHOOL
DISTRICT, POLK COUNTY SHERIFF'S
OFFICE, JACKSONVILLE SHERIFF'S
OFFICE, LAKELAND POLICE
DEPARTMENT, TARPON SPRINGS
POLICE DEPARTMENT, INDIALANTIC
POLICE DEPARTMENT, W.
MELBOURNE POLICE DEPARTMENT,
NEW PORT RICHEY POLICE
DEPARTMENT, PINELLAS PARK
POLICE DEPARTMENT, NORTH PORT
POLICE DEPARTMENT, TEMPLE
TERRACE POLICE DEPARTMENT,
FLORIDA HIGHWAY PATROL,
CIRCLES OF CARE INC., FLORIDA
DEPARTMENT OF LAW
ENFORCEMENT, and EASTERN
FLORIDA STATE COLLEGE,

    Defendants.
_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Electronic Filing with [CM/ECF], (Dkt. 4), and Plaintiff's correspondence addressed to Chief Judge Merryday with an embedded urgent motion for PACER exemption ("Urgent Motion for PACER Exemption"). (Dkt. 12) In the instant motions, Plaintiff, who is *pro se*, requests that the Court allow him to file documents electronically and exempt him from paying fees for using the Public Access to Court Electronic Records ("PACER") system due to his homelessness and indigence. At this point, Plaintiff has not filed any cognizable cause of action such that authority to file electronically or an exemption from PACER fees would be warranted. Furthermore, Plaintiff may obtain free access to case information or documents at the public access terminals located at the Clerk's Office. 28 U.S.C. § 1914 (Electronic Public Access Fee Schedule).

Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's Motion for Electronic Filing with [CM/ECF], (Dkt. 4), and Plaintiff's Urgent Motion for PACER Exemption, (Dkt. 12), are **DENIED** unless and until Plaintiff can file some cognizable complaint that warrants electronic filing or a PACER exemption.

2. Plaintiff is encouraged to consult the "Guide for Proceeding Without A Lawyer" and review the Local Rules of this Court, which are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and may be obtained from the Clerk's Office.[1]

---

1 The "Guide for Proceeding Without A Lawyer" may be accessed at http://www.flmd.uscourts.gov/pro_se/default.htm.

3.  The **CLERK** is **DIRECTED** to seal, *nunc pro tunc*, Plaintiff's Motion for Judgment on the Pleadings, (Dkt. 5), and Plaintiff's Motion to Compel Discovery, (Dkt. 10), as they suffer from the same infirmity as the Complaint in that they contain the full name of a minor child in violation of Federal Rule of Civil Procedure 5.2(a)(3).

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of May, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party